UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:24-cv-00445-JVS(JDEx)                                           Date: June 24, 2025

Title    Cecilia Chu v. UNUM Life Insurance Company of America et al

Present: The Honorable:  **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE**

The Court orders plaintiff Cecilia Chu, M.D., her counsel, and each signatory to a motion in limine or other pretrial motion scheduled to be heard on June 30, 2025, to show cause why they should not be sanctioned for consistently citing to non-existent cases in their Memoranda of Law.  (E.g., Docket No 79, p. 6; Docket No. 80, p. 8; Docket No. 82, p. 2; Docket No. 104, p. 3; Docket No. 105, pp. 2-3see Miller Decl., Docket No. 125-1.)

    A written response shall be filed not later than noon June 27, 2025. The matter will be heard at the Pretrial Conference on June 30, 2025.

    **It is so Ordered.**